**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JULIAN PINEDA-MURALLES,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 12-70415

Agency No. A072-911-232

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 24, 2013[**]

Before:    ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Julian Pineda-Muralles, a native and citizen of Guatemala, petitions for
review of the Board of Immigration Appeals' ("BIA") order denying his motion to
reopen removal proceedings and reconsider its previous decision. Our jurisdiction
is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

for review.

We lack jurisdiction to review the BIA's determination that the evidence Pineda-Muralles submitted with his motion to reopen was insufficient to warrant reopening where the evidence presented concerns the same discretionary grounds involved in the original decision. *See Fernandez v. Gonzales*, 439 F.3d 592, 600-01 (9th Cir. 2006).

To the extent Pineda-Muralles contends that the BIA abused its discretion by failing to exercise its authority to sua sponte reconsider or reopen his case, we lack jurisdiction to consider that issue. *See Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011).

In his opening brief, Pineda-Muralles fails to raise, and therefore has waived, any challenge to the BIA's determination that his motion to reconsider was untimely. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n.3 (9th Cir. 2011). In light of this disposition, we need not reach Pineda-Muralles's remaining challenges to the BIA's denial of his motion to reconsider.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

12-70415